# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## EASTERN DIVISION

U.S.A. vs. Feleicia R. Murphy　　　　　　　　　　　　　　Docket No. 4:10-M-1055-1

### Petition for Action on Probation

COMES NOW Dennis E. Albertson, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Feleicia R. Murphy, who, upon an earlier plea of guilty to Larceny of Government Property, in violation of 18 U.S.C. § 641, was sentenced by the Honorable David W. Daniel, U.S. Magistrate Judge, on December 15, 2010, to a 12 month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall perform 10 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

2. The defendant shall not go on or enter Camp Lejeune, New River, Cherry Point, Ft. Bragg or any Military Reservations during the probationary term.

3. The defendant shall pay a $25 special assessment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** Murphy suffers from significant mental health and physical ailments that present an undue risk to potential community service placements. Further, based on the offender's history of repeated similar criminal conduct, it is not likely that community service will serve as a meaningful punishment or future deterrent for this particular individual. Accordingly, it is recommended the special condition requiring the defendant to perform 10 hours of community service be stricken for good cause and a special condition requiring the offender's continued participation in mental health treatment be included as part of her supervision requirements.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Feleicia R Murphy
Docket No. 4:10-M-1055-1
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dennis E. Albertson
Dennis E. Albertson
Senior U.S. Probation Officer
413 Middle Street, Room 304
New Bern, NC 28560-4930
Phone: 252-638-4944
Executed On: May 11, 2011

## ORDER OF COURT

Considered and ordered this 11th day of may, 2011, and ordered filed and made a part of the records in the above case.

David W. Daniel
U.S. Magistrate Judge